**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry OLSON, also known as Oreo, Lynn Adelman, Defendant–Appellant.**

**No. 01–1772.**

United States Court of Appeals, Seventh Circuit.

April 6, 2007.

Karine Moreno–Taxman, Richard G. Frohling, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Cristina D. Hernandez–Malaby, Quarles & Brady, Paul E. Benson, Jonathan C. Wertz, Michael Best & Friedrich, Milwaukee, WI, for Defendant–Appellant.

Before Hon. KENNETH F. RIPPLE, Circuit Judge, Hon. ILANA DIAMOND ROVNER, Circuit Judge, Hon. DIANE S. SYKES, Circuit Judge.

### ORDER

Larry Olson appealed his conviction and sentence for racketeering and drug conspiracy charges. We affirmed his conviction, *United States v. Olson*, 450 F.3d 655 (7th Cir.2006), and ordered a limited remand to ask whether the district court would have imposed the same sentence under an advisory regime. *United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005), *cert. denied*, —— U.S. ——, 126 S.Ct. 1343, 164 L.Ed.2d 57 (2006). The district court has now indicated that it would likely impose a different sentence in light of the additional discretion afforded by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court therefore asks us to vacate Olson's sentence and remand for resentencing. In their responses to the district court's statement, both Olson and the government ask us to vacate Olson's sentence and remand for resentencing. Therefore, we VACATE Olson's sentence and REMAND for resentencing.